Anna Martin (Bar No. 154279)
amartin@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

David Allen (Bar No. 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
Telephone: (916) 455-4800
Facsimile: (916) 451-5687

Attorney for Plaintiff
SARAH MONCADA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MONCADA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:16-cv-00902-MCE-CKD<br><br>**STIPULATED MOTION TO CONTINUE DEADLINES ON THE CROSS-MOTIONS FOR JUDGMENT BRIEFING SCHEDULE** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff SARAH MONCADA and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA may have additional time within which to prepare their respective briefing.

　　　　Pursuant to Local Rule 144, remaining Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") submits this Stipulated Motion To Continue Deadlines On The Cross-Motion For Judgment Briefing Schedule to extend the current briefing schedule established

by this Court for cross motions for judgment. This extension is necessary due to the passing of Joseph Rimac, Jr. ("Joseph Rimac") on January 16, 2017, the majority partner at Rimac Martin P.C. His unfortunate death has placed a significant amount of work on Anna Martin who is in the process of closing Rimac Martin P.C., while at the same time searching for a new firm to bring Rimac Martin's clients and existing employees. (See Declaration of Anna Martin "Dec. of Martin"). In addition to closing Rimac Martin P.C., indentifying and then joining a new firm (Meserve, Mumper and Hughes, LLP), Anna Martin and the other remaining Rimac Martin attorney have been handling a case load previously managed by four attorneys. The attorneys have also been adjusting to merging the existing Rimac Martin electronic files into the existing system at Meserve Mumper and Hughes LLP. (See Dec of Martin)

Anna Martin's has also attended to events and meetings related to the death of Joseph Rimac. (See Dec of Martin) Among these recent events was a memorial service for Joe Rimac being held in the United Kingdom with friends and clients in March 2017, and a client from Japan who travelled to San Francisco, also in March 2017, to pay his respect to the Palo Alto resting place of Joseph Rimac. (See Dec of Martin) All of these events, in combination, make the current briefing schedule untenable for Defendant's counsel to conform to the current schedule for cross motions for judgment, and Defendant LINA may suffer prejudice as a result.

For good cause discussed above and in the concurrently filed supporting Declaration of Anna Martin, Defendant LINA respectfully request an extension of the briefing schedule for the cross-motions for judgment, extending all applicable dates, as set forth below, in order to allow Defendant's counsel sufficient time to prepare such a motion and file the response briefs after concluding all matters related to the closure of the existing firm, locating a new firm and attending to all remaining funeral-related events. (See Dec of Martin)

The stipulated new briefing schedule is as follows:

| Schedule | Current Dates | Stipulated New Dates |
| --- | --- | --- |
| Lodging of Record | April 7, 2017 | April 7, 2017 |
| Opening Briefs Due | April 7, 2017 | April 21, 2017 |
| Reply Briefs Due | May 5, 2017 | May 19, 2017 |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

2

STIPULATED MOTION TO CONTINUE DEADLINES ON CROSS MOTION FOR JUDGMENT BRIEFING SCHEDULE

0.0

| Hearing Date | TBD | July 13, 2017 |

There have been no prior continuances granted in this matter. (See Dec of Martin)

For good cause discussed above, Defendant LINA respectfully moves the Court for an order modifying the cross-motion for judgment hearing schedule, as advised above.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff has concurred with the filing of this documents; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**MESERVE MUMBER & HUGHES LLP**

Dated: March 28, 2017         By:    /s/ *Anna M. Martin*
                                     ANNA M. MARTIN
                                     Attorneys for Defendant
                                     LIFE INSURANCE COMPANY OF NORTH AMERICA

**DAVID ALLEN & ASSOCIATES**

Dated: March 28, 2017         By:    /s/ *David Allen*
                                     DAVID ALLEN
                                     Attorney for Plaintiff
                                     SARAH MONCADA

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

3

STIPULATED MOTION TO CONTINUE DEADLINES ON CROSS MOTION FOR JUDGMENT BRIEFING SCHEDULE

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court orders the briefing schedule set forth in the Court's Pretrial Scheduling Order (ECF No. 10) be modified as requested above. Opening briefs shall be filed by April 21, 2017, and noticed for hearing on July 13, 2017. Responding briefs shall be filed by May 19, 2017. All papers should otherwise be filed in conformity with the Local Rules.

IT IS SO ORDERED.

Dated: April 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE