1  DAVID ALLEN (SBN 87193)
2  DAVID ALLEN & ASSOCIATES
   5230 Folsom Boulevard
3  Sacramento, California 95819
   (916) 455-4800 Telephone
4  (916) 451-5687 Facsimile
   Email:      dallen@davidallenlaw.com
5
6  Attorneys for Plaintiff,
   SARAH MONCADA
7

8  ANNA MARTIN (SBN154279)
   MESERVE, MUMPER & HUGHES, LLP
9  800 Wilshire Boulevard, Suite 500
   Los Angeles, California 90017-2611
10 Tel: (213)576-1415
11 Fax: (213) 625-1930

12

13 Attorneys for Defendant,
   LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SARAH MONCADA, | Case No.: 2:16-cv-00902-MCE-CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | HONORABLE MORRISON C. ENGLAND, JR. |
| Defendant | |

IT IS HEREBY STIPULATED by and between the Plaintiff, SARAH MONCADA, and Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure §41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

As signatories to this Stipulation, and all parties on whose behalf the filing is submitted,

concur with the Stipulation's content and have authorized its filing.

DATED: August 18, 2017　　　DAVID ALLEN & ASSOCIATES

*//s// David Allen*

By_____
　DAVID ALLEN
　Attorney for Plaintiff,
　　SARAH MONCADA

DATED: AUGUST 18, 2017　　　MESERVE, MUMPER & HUGHES, LLP

*//s// Anna Martin*

By_____
　ANNA MARTIN,
　Attorney for Defendant,
　　LIFE INSURANCE COMPANY
　　OF NORTH AMERICA

## **ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby DISMISSED with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure §41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

IT IS ORDERED.

Dated: August 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER DISMISSING ACTION